IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEBORAH SMITH,

      Plaintiff,

    v.

MONDELEZ GLOBAL, LLC, and
MONDELEZ INTERNATIONAL,
INC.,

      Defendants.

CIVIL ACTION FILE NO.

1:20-CV-5088-SCJ-RDC

## O R D E R

The parties to this matter reached a settlement in principal at the settlement conference conducted by Magistrate Judge John K. Larkins, III on January 6, 2022 [Doc. 24], but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED**, this 17th day of February, 2022.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE